IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| George Hooks, Markesse Farilien, and Kenneth Williams | ) ) ) | Civil Action No. 2:20-cv-00238-DCN-MGB |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Saulsbury Industries, Inc., | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel of record, hereby stipulate that the Complaint be dismissed **with prejudice** and forever ended.

Respectfully submitted, this 30th day of December 2020.

                                            s/ J. Scott Falls
                                            J. Scott Falls
                                            Falls Legal, LLC
                                            Federal I.D. No. 10300
                                            E-mail: scott@falls-legal.com
                                            Ashley L. Falls
                                            Federal I.D. No. 12083
                                            E-mail: ashley@falls-legal.com
                                            245 Seven Farms Drive, Suite 250
                                            Charleston, South Carolina 29492
                                            Telephone: (843) 737-6040
                                            Facsimile: (843) 737-6140

                                            Attorneys for Plaintiffs

Charleston, South Carolina
December 30, 2020